# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> TREVIS CALDWELL, ) <br> ) <br> DEFENDANT ) | CRIMINAL NO. 2:02-CR-41-DBH-01 |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 28, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion to Modify Sentence. On March 16, 2018, the Post Office informed the Clerk's Office that the Notice sent to the defendant was undeliverable. BOP supplied a new address for defendant and the notice was remailed. The extended time within which to file objections expired on April 27, 2018, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion is **DENIED**. To the extent the motion is construed to be a 28 U.S.C. § 2255 motion, I **DENY** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2255(c)(2).

SO ORDERED.

DATED THIS 8TH DAY OF MAY, 2018

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**